Louis S. Ederer
Matthew T. Salzmann
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Phone (212) 715-1000
Fax (212) 715-1399

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

RCRV, INC. d/b/a ROCK REVIVAL,

              Plaintiff,

- against -

AMERICAN BLUES COMPANY INC., XYZ COMPANIES 1-10, and JOHN AND JANE DOES 1-10,

              Defendants.

------------------------------------------------------------ x

Civil Action No. 14-cv-1646 (LGS)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff RCRV, Inc. d/b/a Rock Revival ("RCRV") certifies that there are no publicly traded subsidiaries, affiliates or related companies of RCRV.

Dated: New York, New York
      March 13, 2014

ARNOLD & PORTER LLP

By: _/s/ Louis S. Ederer_
Louis S. Ederer
louis.ederer@aporter.com
Matthew T. Salzmann
matthew.salzmann@aporter.com